918

No. 10–5369. ARAUJO-RIOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–5370. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5372. DUTY *v.* WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–5373. BOVARIE *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–5374. SEVERANCE *v.* MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–5375. ZUCK *v.* NEBRASKA. Ct. App. Neb. Certiorari denied.

No. 10–5376. WEST *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5377. WILLARD *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 10–5378. CHAVEZ-SUAREZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–5379. AREVALO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5380. BLOOD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–5381. PITTMAN *v.* MICHIGAN. Cir. Ct. Wayne County, Mich. Certiorari denied.

No. 10–5382. MOORE *v.* TEXAS. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 10–5383. NIGL *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 10–5384. RUDOW *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–5386. REYNOLDS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.